## Violation Notice

**Violation Number:** R 3441252
**Officer Name (Print):** McClure, Veronica
**Officer No:** M1340
**DE-10**

2006 0504

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 05 11 2006 1753
**Offense Charged:** Shoplifting — ☐ CFR ☐ USC ☒ State Code — Title 11 Section 840
**Place of Offense:** AAFES BX Bldg #266
Dover AFB, Delaware 19902
**Offense Description:** Title 11 Section 840 Shoplifting

R 3441252

### DEFENDANT INFORMATION

**Last Name:** Hendrickson
**First Name:** Gilda
**MI:** G
**Street Address:** [REDACTED]
**City:** Felton
**State:** DE
**Zip Code:** 19943-0000
**Phone:** (302)
**Date of Birth (mm/dd/yyyy):** 1948
**Drivers-License No:** 761942
**D.L. State:** DE
**Social Security No:** —6591
☒ Adult ☐ Juvenile  Sex: ☐ Male ☒ Female
**Hair:** BK  **Eyes:** BR  **Height:** 60"  **Weight:** 135

### VEHICLE DESCRIPTION
Tag No | State | Year | Make/Model | Color | VIN

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

### PAY THIS AMOUNT →
$ ____ Forfeiture Amount
+ $25 Processing Fee
$ ____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** The Federal Building
U.S. District Court
844 King St
Wilmington DE 19801

**Date (mm/dd/yyyy):** ____  **Time (hh mm):** ____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: /s/ Gilda Hendrickson

---

REDACTED

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11 May 20 06 while exercising my duties as a law enforcement officer in the Kent District of Delaware

Your Honor, on 11 May 2006, while on official law enforcement duties I, SSgt McClure and SSgt Goring, were dispatched via radio to Bldg #266 base exchange for shoplifting. Upon arrival, I made contact with AAFES store detective who stated she observed Hendrickson entering the ladies' department. Detective Hendrickson stated she had seen Hendrickson open a package of ankle socks and remove one pair. Leon further related seeing Hendrickson walk away from the area while putting the removed socks in her purse. The store detective had made contact with Hendrickson once she exited the store. When confronted, Hendrickson denied having the socks in her possession. The store detective later recovered the socks from her purse. Hendrickson was then transported to Bldg #910 Security Forces Control Center for further processing.

The foregoing statement is based upon
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 05 11 2006   Officer's Signature: /s/ Veronica McClure
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on _____   U.S. Magistrate Judge
Date (mm/dd/yyyy)

CVR Scan 6/6/2006 10:55:20