UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GILDA HENDRICKSON<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　CASE NO. R 3441252<br>)<br>)　　　　06-139M-MPT<br>)<br>)<br>) |

**O R D E R**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 15th day of November, 2006,

ORDERED that **Eleni Kousoulis, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Mary Pat Thynge
　　　　　　　　　　　　　　　　U.S. Magistrate Judge

cc: Federal Public Defender
　　First Federal Plaza, Suite# 110
　　704 King Street
　　Wilmington, DE  19801
　　(302) 573-6010

　　Defendant
　　United States Attorney